| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Index No. 1:24-CV-04077-KPF |
|---|---|

| HAMZA MAZUMDER, ET AL. | |
|---|---|
| | *Plaintiff(s) Petitioner(s)* |
| *against* | 05/29/2024 Calendar No. |
| SPOTIFY USA INC. | |
| | *Defendant(s) Respondent(s)* |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE, COUNTY OF: NEW CASTLE     Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at **Wilmington, DE**

On **05/30/2024** at **10:30 A** .M., at **C/O NATIONAL REGISTERED AGENTS, INC., 1209 ORANGE ST., WILMINGTON, DE 19801** deponent served the within

☐ summons and complaint
☐ subpoena duces tecum
☐ citation
☒ **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH DEMAND FOR JURY TRIAL; NOTICE OF ELECTRONIC FILING; INDIVIDUAL RULES OF PRACTICES IN CIVIL CASES;**

on **SPOTIFY USA INC.**     ☒ defendant ☐ witness ☐ respondent     hereinafter called the recipient therein named

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a **DELAWARE** corporation, by delivering thereat a true *copy of each* to **ROBIN HUTT-BANKS** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **MANAGING AGENT EMPLOYED AT REGISTERED AGENT** thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to _____ at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at **20013 NEWRY DRIVE, REHOBOTH BEACH, DE 19971** and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** ☐ $ _____ the authorizing traveling expenses and one days' witness fee: ☐ was paid (tendered) to the recipient ☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on **05/30/2024**

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

_____ License No.

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899