AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| HAMZA MAZUMDER, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-04077 |
| SPOTIFY USA INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date:  05/30/2024

s/Mitchell Breit
*Attorney's signature*

Mitchell Breit (#2337954)
*Printed name and bar number*

Milberg Coleman Bryson Phillips Grossman PLLC
405 E. 50th Street
New York, NY 10022

*Address*

mbreit@milberg.com
*E-mail address*

(865) 232-1315
*Telephone number*

(865) 522-0049
*FAX number*