UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HAMZA MAZUMDER, et al.,**<br><br>         Plaintiffs,<br><br>    v.<br><br>**SPOTIFY USA INC.,**<br><br>         Defendant. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Case No. 1:24-cv-04077-KPF |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Hamza Mazumder, Anthony Bracarello and Luke Martin, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant Spotify USA Inc.

Dated: July 9, 2024                              Respectfully submitted,

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**

*/s/Tyler Litke*
Tyler Litke
Mitchell Breit
405 E. 50th Street
New York, NY 10022
Telephone: 865-232-1315
Email: tlitke@milberg.com
           mbreit@milberg.com

Adam Edwards*
800 South Gay Street, Suite 1100
Knoxville, TN, 37929
Telephone: 865-232-1315
Email: aedwards@milberg.com

NOTICE OF VOLUNTARY DISMISSAL   PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
1

        Leland Belew*
        227 W. Monroe Street
        Suite 2100
        Chicago, IL 60606
        Telephone: (312) 224-8685
        Email:  lbelew@milberg.com

*Attorneys for Plaintiffs and the Proposed Class*

**Pro hac vice forthcoming*

**NOTICE OF VOLUNTARY DISMISSAL   PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

2